IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00687-LTB-RTG

EDWARD DAVIDSON,

    Plaintiff,

v.

VITAL CORE HEALTH STRATEGIES,
VIOLA RIGGIN, CEO,
TIMOTHY KECK, President,
KHAIRUL EMRAN, Medical Director,
JENN WOLFE, Director of Administration,
VALDEZ, Medical Employee, and
JOSEPH ROYBAL, Sheriff, El Paso County Sheriff's Office,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 25, 2025, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 25 day of July, 2025.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/C. Madrid
                      Deputy Clerk